UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA       :    MISDEMEANOR
                                    INFORMATION
    v.                           :
                                    07 Cr.
MICHAEL CALORE,                :

           Defendant.       :    **07 CRIM 1106**

- - - - - - - - - - - - - - - x

<u>COUNT ONE</u>

    The United States Attorney charges:

    From at least in or about April 2002, through in or about October 2002, in the Southern District of New York, MICHAEL CALORE, the defendant, unlawfully, willfully and knowingly, did embezzle, steal, purloin, and convert to his own use, money and things of value of the United States and a department and agency thereof, the value of which did not exceed $1,000, to wit, CALORE submitted a fraudulent application to the Empire State Development Corporation to receive money from the federally-funded World Trade Center Business Recovery Grant Program, and did receive such money, to which he was not entitled.

    (Title 18, United States Code, Section 641.)



                                             MICHAEL J. GARCIA
                                             United States Attorney