LAW OFFICES OF

# JOSEPH V. SORRENTINO, ESQ.

404 MANOR ROAD
STATEN ISLAND, NY 10314
(718) 720-4943
FAX (718) 720-5009



ADMITTED IN NEW YORK
AND NEW JERSEY

Of Counsel
Andrew John Calcagno, Esq. †
Timothy Forsyth, Esq. †
† Admitted in New York, New Jersey,
Pennsylvania and The District of Columbia

NEW JERSEY OFFICE
213 South Avenue East
Second Floor
Cranford, NJ 07016
(201)656-6525

December 14, 2007

**VIA FACSIMILE: (212) 805-4060**
The Honorable Theodore H. Katz, Magistrate
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

DOC # _____

Re: *United States v. Michael Calore*
    *Docket No. 07-CR-1106*

Dear Magistrate Katz:

    I represent defendant Michael Calore in the above-referenced matter. My client and I appeared before Your Honor on Wednesday, December 12, 2007 to enter his plea of guilty and the Court scheduled sentencing for Thursday, March 27, 2008 at 10:00 a.m. However, my office staff informs me that I already have a sentencing scheduled for that date and time in the Eastern District of New York before the Honorable Sandra L. Townes in the matter of *United States v. Anthony Vivelo, et al.*, Docket No. 06-CR-800.

    Therefore, with the concurrence of the government by Assistant U.S. Attorney Christian Everdell, we are respectfully requesting that the Court adjourn the sentencing of my client, Michael Calore in the above-referenced matter to another date. Should they be convenient to the Court, the following dates are available in my calendar as well as Mr. Everdell's: Thursday, March 20, 2008, Tuesday, March 25, 2008, Wednesday, March 26, 2008, or Friday March 28, 2008.

Most respectfully,

*Joseph V. Sorrentino*
JOSEPH V. SORRENTINO

JVS:lq

c:     A.U.S.A. Christian Everdell – via fax: 212-637-2937

*The sentencing will take place on March 20, 2008 at 10 AM.*

**SO ORDERED**
12/14/07
*Theodore H. Katz*
THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE